UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| THERESA THOMPSON | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 20-1843 |
| SOCIAL SECURITY ADMINISTRATION | * | SECTION "H" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of March, 2022.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE